# Court of Appeals
# of the State of Georgia

ATLANTA,   April 26, 2012   

*The Court of Appeals hereby passes the following order:*

**A12A1521. FINERTY et al. v. CHIMES LAKEVIEW, LLC.**

The Appellants have moved this Court for permission to withdraw their appeal in this case.  See Court of Appeals Rule 41 (g) (1).

The motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   04/26/2012   
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*